IN THE UNITED STATES BANKRUPTCY COURT  FILED
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION          2010 JAN 22 PM 2:06
CANTON, OHIO

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 06-61550 |
| | ) | |
| COBLENTZ, RONNIE | ) | CHAPTER 7 |
| COBLENTZ, LORI | ) | |
| | ) | JUDGE KENDIG |
| DEBTORS | ) | |

**TRANSMITTAL OF FUNDS PER RULE 3010**

The Chapter 7 Trustee, Anne Piero Silagy, reports the following:

1. The Report of Distribution in the above-captioned case was approved. Pursuant to Rule 3010, those dividends in amounts less than five (5) dollars shall not be distributed by the Trustee to the unsecured creditors. The Trustee shall, instead, pay such dividends directly to the Court.

2. Accordingly, the Trustee's:

Check No. 120, in the amount $2.72 for Claim No. 021, Bank of America representing the total of the dividend less than five (5) dollars in connection with the above-captioned case, is submitted with this report.



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

FILED
2010 JAN 22 PM 2: 06
CLERK ... COURT
NORTHERN DISTRICT OF OHIO
CANTON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 06-61550 |
| | ) | |
| COBLENTZ, RONNIE | ) | CHAPTER 7 |
| COBLENTZ, LORI | ) | |
| | ) | |
| | ) | JUDGE RUSS KENDIG |
| DEBTORS | ) | |
| | ) | **REPORT OF DIVIDENDS OF LESS** |
| | ) | **THAN FIVE DOLLARS BY TRUSTEE** |

I, the undersigned Trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the person entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Bank of America | 1000 Samoset Dr.<br>DE5-023-03-03<br>Newark, DE 19713 | $2.72 |

Check number 120 in the amount of $2.72 payable to the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

Date: January 19, 2010

Respectfully submitted,

*Anne Piero Silagy*
Anne Piero Silagy (#0030444)
220 Market Avenue South
Suite 900
Canton, Ohio 44702
Telephone: (330) 456-0900
Facsimile: (330) 456-1981

Respectfully submitted,

_____
Anne Piero Silagy (#0030444)
220 Market Avenue South
Suite 900
Canton, Ohio 44702
Telephone:  (330) 456-0900
Facsimile:  (330) 456-1981